# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 13 2006 ★**

**BROOKLYN OFFICE**

June 28, 2006

BY FAX and ECF
The Honorable David G. Trager
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

APPLICATION GRANTED.
SO ORDERED.

s/David Trager  6/29/06
David G. Trager
United States District Judge

RE:  U.S.A. v. Samina Faisal, 05 CR 899

Your Honor:

By this letter, I respectfully request that the defendant be given until the time of sentencing to make post-trial motions. The government has no objection to this request.

Thank You.

Respectfully Submitted,

Jan A. Rostal, Esq.
Attorney for Samina Faisal

Cc: AUSA Dan Spector
    Defendant Samina Faisal